# United States Court of Appeals
## For the First Circuit

---

No. 11-1156

United States,

Appellee,

v.

Michael Hart,

Defendant-Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on March 16, 2012 is amended as follows:

On the cover sheet replace "<u>Dina Michael Chaitowitz</u>, with whom <u>Glenn A. MacKinlay</u>, were on brief, for appellee." with "<u>Mark T. Quinlivan</u>, Assistant United States Attorney, with whom <u>Carmen M. Ortiz</u>, United States Attorney, was on the brief, for appellee."